**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN ZIMMERMAN, | Case No. 2:17-CV-926 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| CAFÉ ZUPAS, L.C. CAFÉ ZUPAS, | |
| Defendant(s). | |

Presently before the court is the matter of *Zimmerman v. Cafe Zupas, L.C.*, case number 2:17-cv-00926-JCM-VCF.

As stated in the Omnibus Transfer Order (ECF No. 3), the district judges of the District of Nevada have ordered that each of plaintiff Kevin Zimmerman's ADA cases be transferred to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings.

Accordingly,

IT IS HEREBY ORDERED that:

(1) The clerk of the court shall TRANSFER the case to Chief District Judge Gloria M. Navarro and Magistrate Judge George W. Foley, Jr. for all further proceedings; and

(2) All future filings in this action shall reference the Case No. 2:17-cv-00926-GMN-GWF.

DATED April 6, 2017.

UNITED STATES DISTRICT JUDGE